UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 2:22-cv-04535-SPG-RAO | Date | September 30, 2022 |
|---|---|---|---|
| Title | Georgina Sagrero v. Bergen Shippers Corp. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) PLAINTIFF'S MOTIONS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND REMAND [ECF NOS. 13, 14]**

**Ruling**

Pursuant to this Court's September 23, 2022 Order (ECF No. 26 ("Order")), Plaintiff's filing of the First Amended Complaint (ECF No. 27) has destroyed diversity jurisdiction under 28 U.S.C. § 1332. This Court no longer has federal subject matter jurisdiction over this matter. Accordingly, for the reasons set forth in the Order, the Court REMANDS this action to the Superior Court of California for the County of Los Angeles.

**IT IS SO ORDERED**.

                     : 

Initials of Preparer    pg